**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CYNTHIA BUTTERWECK,**

    **Plaintiff,**

**v.**                                                    **Case No. 8:04-cv-1106-T-17TBM**

**BUSCH ENTERTAINMENT CORP.,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on Plaintiff's **Motion to Compel** (Doc. 22). By her motion, Plaintiff seeks an Order compelling Defendant to provide a Busch Gardens Health Services Report requested in her Request to Produce served with the summons and Complaint. As grounds, Plaintiff argues generally that the information sought is necessary to the proper preparation of her case. A response to the motion is not yet due.

Upon review, the court finds that the motion fails to comply with Local Rule 3.04(a), which states that

> Motions to compel discovery . . . shall (1) quote in full each interrogatory, question on deposition, request for admission or request for production to which the motion is addressed; (2) quote in full the objection and grounds therefor as stated by the opposing party, or the answer or response which asserted to be insufficient; and (3) state the reasons the motion should be granted.

M.D. Fla. R. 3.04(a). The motion fails to provide any of the information required by Local Rule 3.04(a), which would allow the court to determine the merits of Plaintiff's position and

the appropriateness of the discovery request.  Plaintiff has also failed to file a legal memorandum with citation of authorities to support its motion to compel.  See M.D. Fla. R. 3.01(a).

Additionally, the court finds that Plaintiff has failed to comply with Local Rule 3.01(g), which provides in pertinent part:

> Before filing any motion in a civil case . . . the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.

M.D. Fla. R. 3.01(g).  Counsel's statement that he "has telephoned and written to opposing counsel to avoid said hearing," (Doc. 12 at ¶ 5), fails to satisfy the letter or the spirit of this rule.

Accordingly, it is **ORDERED** that Plaintiff's **Motion to Compel** (Doc. 22) is **DENIED without prejudice**.[1]

**Done and Ordered** in Tampa, Florida, this 8th day of September 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] Previously, this court entered an Order (Doc. 14) denying without prejudice Plaintiff's Motion to Compel Answers to Interrogatories and Response to Request to Produce (Doc. 12) for failure to comply with the same Local Rules.